In the Matter of JEAN TOUTPUISSANT, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent.

Decided September 16, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

---

In the Matter of the Estate of STANLEY WAGNER, Deceased. JAAN AARISMAA, IV, Appellant; JOHN L. WAGNER, as Executor of STANLEY A. WAGNER, Deceased, Respondent.

Submitted August 4, 2014; decided September 16, 2014

On the Court's own motion, appeal transferred, without costs, to the Appellate Division, Fourth Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (see NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]). Motion to strike denied.

---

LAKEISHA WILLIAMS, Individually and as Next Friend of JAVON WILLIAMS, et al., Appellants, v GLADYS CARRIÓN, in Her Official Capacity as Commissioner of New York State Office of Children and Family Services, Respondent.

Decided September 16, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.